**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lester Leroy MILLOWAY,
Defendant–Appellee.**

No. 02–7217.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Lester Leroy Milloway, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lester Leroy Milloway seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Milloway has not made a substantial showing of the denial of a constitutional right. *See United States v. Milloway,* Nos. CR–97–98; CA–01–74–7–F (E.D.N.C. July 25, 2002). Accordingly, we deny a certificate of appeal ability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*